IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Clay Massi, | C.A. NO. 0:13-538-CMC-PJG |
| Plaintiff, | |
| | **OPINION AND ORDER** |
| v. | |
| Walgreen Co., | |
| Defendant. | |

This matter is before the court on Plaintiff's "Motion of Notice," ECF No. 70, and "Motion for Judgment or Order," ECF Nos. 69 & 72. These motions were mailed by Plaintiff to the Court either on September 25, 2013, the same day judgment was entered in this case, or September 28, 2013.

As the subjects of these motions were addressed in this court's order filed September 25, 2013, these motions are moot.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 1, 2013

1